**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____     Chapter ___11___

☐ Check if this is an
amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

45-5676398

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

BO AMUELAS 115 CARR 595 KM 5.6
Juana Diaz, PR 00795
Number, Street, City, State & ZIP Code

Juana Diaz
County

**Mailing address, if different from principal place of business**

4270 North Meridian Street

Indianapolis, IN 46208
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC    Case number (*if known*) _____

Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC _____   Case number (*if known*) _____
      Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 13, 2025___
       MM / DD / YYYY

**X** /s/  Timothy Sadler _____      Timothy Sadler _____
Signature of authorized representative of debtor      Printed name

Title   President and Chief Financial Executive

**18. Signature of attorney**

**X** /s/ Javier Vilarino _____      Date ___June 13, 2025___
Signature of attorney for debtor        MM / DD / YYYY

Javier Vilarino 223503 _____
Printed name

Vilarino and Associates LLC _____
Firm name

PO Box 9022515
San Juan, PR 00902 _____
Number, Street, City, State & ZIP Code

Contact phone   (787) 565-9894 _____    Email address   jvilarino@vilarinolaw.com _____

223503 PR _____
Bar number and State

## United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC                     Case No. _____
                                              Debtor(s)                     Chapter      11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,  Tim Sadler, declare under penalty of perjury that I am the President and Chief Financial Executive  of
AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC , and that the following is a true and correct copy of the
resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on
the  June 13, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States
Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation, is
authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11
voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation is authorized
and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and
perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in
connection with such bankruptcy case, and

Be It Further Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation is authorized
and directed to employ Javier Vilarino 223503 , attorney and the law firm of Vilarino and Associates LLC to represent the
corporation in such bankruptcy case."

Date    June 13, 2025                          Signed    /s/  Tim Sadler
                                                          Tim Sadler

Resolution of Board of Directors
of
AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Tim Sadler, President and Chief Financial Executive  of this Corporation is authorized and directed to employ Javier Vilarino 223503 , attorney and the law firm of Vilarino and Associates LLC to represent the corporation in such bankruptcy case.

Date   June 13, 2025                               Signed

**Fill in this information to identify the case:**

Debtor name    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 13, 2025     **X** /s/ Timothy Sadler
                                    Signature of individual signing on behalf of debtor

                                     Timothy Sadler
                                     Printed name

                                     President and Chief Financial Executive
                                     Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ANDA 2915 WESTON ROAD WESTON, IL 33331 | | Supplies | | | | $9,889.56 |
| Autoridad Acueducto Alcantarillado PO BOX 70101 San Juan, PR 00936 | | Utilities | Contingent Unliquidated Disputed | | | $32,497.70 |
| AxisCare Health Logistic, Inc Pepsi Industrial Park PR#2-Km19.5 Toa Baja, PR 00951 | | Vendors | | | | $11,527.60 |
| Conwaste Biomedical PO BOX 1322 GURABO, PR 00778 | | Maintenance | Contingent Unliquidated Disputed | | | $13,136.48 |
| Corporacion Fondo Seguro Estado PO BOX 248 BAYAMON, PR 00960-0248 | | Policy | Contingent Unliquidated Disputed | | | $85,932.92 |
| Dept. del Trabajo y Recursos Humanos PO Box 195540 SAN JUAN , PR 00919-5540 | | Policy | Contingent Unliquidated Disputed | | | $66,807.87 |
| Enterprise Platinum Inc. CARR.14 KM 7.5, P.O. 801081 COTO LAUEL, PR 00780 | | | Contingent Unliquidated Disputed | | | $24,715.19 |
| Frigorifico Vallejo Inc. PO BOX 21327 SAN JUAN , PR 00928-1327 | | Supplies | | | | $12,097.67 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC      Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GANTRY LLC 4270 N MERIDIAN STREET Indianapolis, IN 46208 | | LOAN | | | | $117,000.00 |
| Internal Revenue Services Departament of Treasury Austin , TX 73301-0215 | | Taxes | Contingent Unliquidated Disputed | | | $585,135.32 |
| JM Depot, Inc. PO BOX 29427 SAN JUAN, PR 00929-0427 | | Supplies | | | | $16,043.03 |
| John McGoff 6255 Sycamore Hill. RD Indianapolis, IN 46220 | | | | | | $540,000.00 |
| JOSE SANTIAGO PO BOX 191795 SAN JUAN, PR 00919-1795 | | Supplies | | | | $44,019.00 |
| LUMA ENERGY REVENUE PROTECTION PO BOX 364267 San Juan, PR 00936-4267 | (844) 888-5862 | LUMA BOND | Contingent Unliquidated Disputed | $1,524,976.00 | $535,000.00 | $989,976.00 |
| MI COMPRA 606 AVE TITO CASTRO SUITE 601 PONCE, PR 00716 | | Supplies | Contingent Unliquidated Disputed | | | $18,743.98 |
| Municipio de Juana Diaz P.O. Box 1409 JUANA DIAZ, PR 00795-1409 | | Patent | Contingent Unliquidated Disputed | | | $33,242.20 |
| PG Law, LLC PO BOX 194302 SAN JUAN, PR 00919-4302 | | Services | | | | $32,210.94 |
| PR Treasury Department PO BOX 9024140 SAN JUAN, PR 00902-4140 | | Taxes | Contingent Unliquidated Disputed | | | $564,865.31 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  AMBASSADOR VETERANS SERVICES OF PUERTO RICO
LLC

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Protection Police, LLC PO Box 10265 PONCE, PR 00732-0265 | | Services | | | | $56,128.00 |
| Triple S PO BOX 363628 SAN JUAN , PR 00936-3628 | | Vendors | | | | $10,020.98 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $      2,567,403.59

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $      2,567,403.59

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      1,524,976.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      2,543,159.00

4. **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b      $      4,068,135.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | |
| United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known)  _____ | ☐ Check if this is an amended filing |

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ORIENTAL BANK | Checking | 0122 | $30,805.08 |
| 3.2. | ORIENTAL BANK | Checking | 3123 | $469.31 |
| 3.3. | BPPR | Checking | 2308 | $13,747.82 |
| 3.4. | ORIENTAL BANK | Checking | 5217 | $56.56 |
| 3.5. | ORIENTAL BANK | Checking | 7398 | $20,816.78 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $65,895.55 |

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO
RICO LLC
　　　Name

Case number *(If known)*

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　21,375.53　- 　0.00　= ....　$21,375.53
　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　977,468.51　- 　0.00　= ....　$977,468.51
　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $998,844.04 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.　　**Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.　　**Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:　　　　　　　　　% of ownership

16.　　**Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1.　LUMA BOND　　　　　　Book Value　　　$535,000.00

16.2.　BOND RESIDENT TRUST ACCOUNT　　Book Value　　　$40,000.00

17.　　**Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

| $575,000.00 |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | | Case number *(If known)* | |
|--------|-----------------|--|------------------------|--|
| | Name | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|----------------------------------------------------|------------------------------------------|------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Emergency Supplies (food supply, oil for generator reserve and medical supply) | | $60,000.00 | Liquidation Value | $60,000.00 |

**23.  Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| | $60,000.00 |
|--|-----------|

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|----------------------------------------------------|------------------------------------------|------------------------------------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Exhibit | $0.00 | Liquidation Value | $190,664.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

| | $190,664.00 |
|--|-----------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** SJ2023CV11224 \| Ambassador Veteran's Services Of Puerto Rico, Llc v. Estado Libre Asociado de Puerto Rico | $677,000.00 |

| Nature of claim | CARES ACT |
|---|---|
| Amount requested | $677,000.00 |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$677,000.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC
_____
Name

Case number *(If known)*
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,895.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $998,844.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $575,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $190,664.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $677,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,567,403.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,567,403.59 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   LUMA ENERGY<br><br>Creditor's Name<br>REVENUE PROTECTION<br>PO BOX 364267<br><br>San Juan, PR 00936-4267<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>LUMA BOND<br><br><br>**Describe the lien**<br>Utility Expenses | $1,524,976.00 | $535,000.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,524,976.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** <br> Aladdin Puerto Rico Inc <br> PO BOX 19411 <br> San Juan, PR 00910-4111 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $3,588.18 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> Alpha Biomedical & Diagnostic Corp <br> PO Box 670 <br> Caguas, PR 00726-0670 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $4,792.70 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> AMAZON <br> PO Box 15123 <br> Wilmington, DE 19850-5123 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $1,574.32 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** <br> ANDA <br> 2915 WESTON ROAD <br> WESTON, IL 33331 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $9,889.56 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** <br> Autoridad Acueducto Alcantarillado <br> PO BOX 70101 <br> San Juan, PR 00936 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $32,497.70 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,527.60**

AxisCare Health Logistic, Inc
Pepsi Industrial Park
PR#2-Km19.5
Toa Baja, PR 00951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendors

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,286.40**

BMET
PO BOX 10088
PONCE, PR 00732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,241.19**

Cardinal Health
Box 366211
SAN JUAN, PR 00936-6211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendors

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,504.78**

Cardinal Health
Box 366211
SAN JUAN, PR 00936-6211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendors

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,136.48**

Conwaste Biomedical
PO BOX 1322
GURABO, PR 00778

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,932.92**

Corporacion Fondo Seguro Estado
PO BOX 248
BAYAMON, PR 00960-0248

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Policy

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,807.87**

Dept. del Trabajo y Recursos Humanos
PO Box 195540
SAN JUAN , PR 00919-5540

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Policy

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,407.04**

DEYA ELEVATOR SERVICE, INC.
PO BOX 362411
SAN JUAN, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,752.62 |
|---|---|---|---|

Ecolab
PO BOX 607086
BAYAMON, PR 00960-7086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,232.00 |
|---|---|---|---|

Ellco Group
3196 AVE FD ROOSEVELT
PONCE, PR 00717

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,715.19 |
|---|---|---|---|

Enterprise Platinum Inc.
CARR.14 KM 7.5, P.O. 801081
COTO LAUEL, PR 00780

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,245.83 |
|---|---|---|---|

Fairbank, Corp.
PO BOX 191265
SAN JUAN, PR 00919-1265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,097.67 |
|---|---|---|---|

Frigorifico Vallejo Inc.
PO BOX 21327
SAN JUAN , PR 00928-1327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|

GANTRY LLC
4270 N MERIDIAN STREET
Indianapolis, IN 46208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** LOAN

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,341.50 |
|---|---|---|---|

GR DOORS SOLUTIONS
PO Box 2008
Trujillo Alto, PR 00977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,843.71 |
|---|---|---|---|

GRAINGER
c/o RVM Professional Services, LLC
A4 Reparto Mendoza
Humacao, PR 00791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,342.50**

Inspira Mental Health Management
PO BOX 9809
CAGUAS, PR 00726-9809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$585,135.32**

Internal Revenue Services
Department of Treasury
Austin , TX 73301-0215

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Taxes_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,043.03**

JM Depot, Inc.
PO BOX 29427
SAN JUAN, PR 00929-0427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Supplies_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$540,000.00**

John McGoff
6255 Sycamore Hill. RD

Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,382.00**

JORGE VAZQUEZ
BO CLAUSELLS
CENTRAL NO 25
PONCE, PR 00730

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,019.00**

JOSE SANTIAGO
PO BOX 191795
SAN JUAN, PR 00919-1795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Supplies_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,029.65**

KRYONYX
URB LOS INGENIEROS 531
CALLE JUAN A DAVILA
PONCE, PR 00730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.20 |
|---|---|---|---|
| | La Electrical<br>PO BOX<br>MERCEDITA, PR 00715 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,431.01 |
|---|---|---|---|
| | Luis Garraton, Inc<br>PO BOX 362984<br>SAN JUAN, PR 00936-2984 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,757.03 |
|---|---|---|---|
| | Medline Industries, Inc.<br>c/o RVM Professional Services, LLC<br>A4 Reparto Mendoza<br>HUMACAO, PR 00791 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,228.74 |
|---|---|---|---|
| | Menaco Corp.<br>PO BOX 70183<br>SAN JUAN, PR 00936-8183 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,743.98 |
|---|---|---|---|
| | MI COMPRA<br>606 AVE TITO CASTRO<br>SUITE 601<br>PONCE, PR 00716 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,242.20 |
|---|---|---|---|
| | Municipio de Juana Diaz<br>P.O. Box 1409<br>JUANA DIAZ, PR 00795-1409 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Patent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,543.04 |
|---|---|---|---|
| | Pac Tech International DBA Cristalia<br>Box 9046<br>CAROLINA, PR 00988 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,210.94 |
|---|---|---|---|
| | PG Law, LLC<br>PO BOX 194302<br>SAN JUAN, PR 00919-4302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.37** 

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,088.95 |
|---|---|---|
| PR Hospital Supply, Inc.<br>Call Box 158<br>Carolina, PR 00986-0158 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564,865.31 |
|---|---|---|
| PR Treasury Department<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Taxes_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,164.47 |
|---|---|---|
| PRAXAIR<br>PO BOX 307<br>GURABO, PR 00778 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,128.00 |
|---|---|---|
| Protection Police, LLC<br>PO Box 10265<br>PONCE, PR 00732-0265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Services_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,261.66 |
|---|---|---|
| RICOH<br>PO Box 9022946<br>SAN JUAN , PR 00902-2946 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Maintenance_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,512.00 |
|---|---|---|
| RVNutritional LLC<br>PO BOX 898<br>CAGUAS, PR 00726-0898 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,725.00 |
|---|---|---|
| Smith & Nephew<br>PO BOX 191952<br>SAN JUAN, PR 00919-1952 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,909.72 |
|---|---|---|
| Specialty Training Group Inc.<br>PO BOX 748<br>KM 109.3<br>VILLALBA, PR 00766 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
TARGET RENT A CAR
PO BOX 11361
SAN JUAN, PR 00922-1361

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,699.82

---

**3.46**

**Nonpriority creditor's name and mailing address**
TIM SADLER
4270 North Meridian Street

Indianapolis, IN 46208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LOAN__

Is the claim subject to offset? ☒ No ☐ Yes

$160,000.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
TORO COLON MULLET P.S.C.
PO BOX 195383
SAN JUAN, PR 00919-5383

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.48**

**Nonpriority creditor's name and mailing address**
Triple S
PO BOX 363628
SAN JUAN , PR 00936-3628

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendors__

Is the claim subject to offset? ☒ No ☐ Yes

$10,020.98

---

**3.49**

**Nonpriority creditor's name and mailing address**
Unicare
PO BOX 8504
MASON , OH 45040-7111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,752.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
Variety Snacks
ALTS DE COVADONGA 4B15
Calle Julia de Burgos
TOA BAJA, PR 00961

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplies__

Is the claim subject to offset? ☒ No ☐ Yes

$2,223.19

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**

5b.  +  $ _____2,543,159.00_____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ _____2,543,159.00_____

**Fill in this information to identify the case:**

Debtor name    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Operation, administration, and maintenance | |
| State the term remaining | 7/1/2032 | COMMONWEALTH OF PUERTO RICO PUERTO RICO VETRANS' ADVOCATE OFFICE Mercantil Plaza Bldg Floor 10 Suite 1001 San Juan, PR 00918-1625 |
| List the contract number of any government contract | 2023-000008 | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Clinical laboratory services to the residents of the Veterans' Home. | |
| State the term remaining | 2/5/2027 | LABORATORIO TOLEDO INC LCDA. JEANNETTE TORRES MALDONADO BO Amuelas #115 Carr 592 KM 5.6 Juana Diaz, PR 00795 |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC_____

United States Bankruptcy Court for the: ____DISTRICT OF PUERTO RICO, SAN JUAN DIVISION____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $4,086,257.25 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $9,007,571.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $9,495,033.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. EXHIBIT | | $682,716.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. GANTRY LLC<br>4270 N Meridian Street<br>Indianapolis, IN 46208<br>INSIDER CORPORATION | JUNE 2024<br>TO MAY<br>2025 | $71,500.00 | HURACAN MARIA LOAN<br>REINBURSMENT |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. GOBIERNO DE PUERTO RICOv.<br>AMBASSADOR VETERANS SERVICES OF PR LLC, FAIRFAX GROUP LLC, GANTRY LLC<br>SJ2025CV0326 8 | Contract | TRIBUNAL DE PRIMERA INSTANCIA PONCE | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC          Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. AMBASSADOR VETERANS SERVICES PR V. .OFICINA DEL PROCURADOR DEL VETERANO BY2024CV01805 | Contract | TRIBUNAL PRIMERA INSTANCIA BAYAMON | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Ambassador Veteran's Services Of Puerto Rico, LLC v. Estado Libre Asociado de Puerto Rico SJ2023CV11224 | Collection of Money | TRIBUNAL DE PRIMERA INSTANCIA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Vilarino & Associates PO BOX 9022515 San Juan, PR 00902-2515 | | 6/5/2025 | $20,283.00 |
| | **Email or website address** www.vilarinolaw.com | | | |
| | **Who made the payment, if not debtor?** DEBTOR | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. LA CASA DEL VETERANO BO AMUELAS CARR 592 KM 5.6 Juana Diaz, PR 00795 | NURSING HOME | 117 |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. AT THE FACILITIES | How are records kept? *Check all that apply:* ☐ Electronically ☒ Paper |

| Debtor | AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

ALL HEALTH FINANCIAL AND PERSONAL INFORMATION FOR PATIENTS

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| PATIENTS ACCOUNTS | | TRUST FUNDS ACCOUNT | $43,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO   Case number *(if known)*
LLC

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   CPA Pedro Lopez Lopez CPA Group PMB 836 PO Box 7891 Guaynabo, PR 00970 | 2023 TO PRESENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC _____      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   CPA Pedro Lopez Lopez CPA Group PMB 836 PO Box 7891 <br><br> Guaynabo, PR 00970 | 2023 TO PRESENT |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   CPA Pedro Lopez Lopez CPA Group PMB 836 PO Box 7891 <br><br> Guaynabo, PR 00970 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TIMOTHY SADLER | 4270 N MERIDIAN STRETT Indianapolis, IN 46208 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Debtor   AMBASSADOR VETERANS SERVICES OF PUERTO RICO
LLC

Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 13, 2025

/s/   Timothy Sadler                                          Timothy Sadler
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   President and Chief Financial Executive

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**EXHIBIT Form 207: Statement of Financial Affairs**
**Part 3. Payments to Creditors Within 90 Days Before Filing**

| Name | Payments Date | Amount Paid | Reasons for payment or transfer |
|------|---------------|-------------|---------------------------------|
| Luma | 5/1/2025- 4/1/2025- 3/1/2025 | $356,479.69 | Utilities |
| IRS | 4/1/2025 | $177,618.47 | Taxes |
| Corporacion del Fondo | 3/1/2025 | $20,000.00 | Policy |
| Cardinal Health | 4/2/2025 | $4,839.02 | Vendors |
| AAA | 4/1/2025 | $18,469.96 | Utilities |
| FRIGORIFICO VELLEJO | 5/5/2025 | $ 7,997.36 | Suppliers |
| JOSE SANTIAGO | 5/5/2025 | $ 8,711.81 | Suppliers |
| MI COMPRA | 5/6/2025 | $ 5,796.61 | Suppliers |
| AXISCARE | 5/12/2025 | $ 9,050.02 | Suppliers |
| FAIRBANK | 5/14/2025 | $ 5,325.33 | |
| PLAN MENONITA | 5/16/2025 | $ 21,778.51 | Vendors |
| AVS MANAGEMENT (IRS TRUST) | 5/17/2025 | $ 5,750.00 | |
| CENTURY | 5/1/2025 | $ 6,500.00 | |
| AVS MANAGEMENT | 5/4/2025 | $ 34,400.00 | Unsecured Loan |

## United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC          Case No.
                                    Debtor(s)                     Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Timothy Sadler<br>4270 N Meridian street<br>Indianapolis, IN 46208 | Capital Member | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Financial Executive of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 13, 2025                    Signature    /s/  Timothy Sadler
                                                      Timothy Sadler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC       Case No. _____

                                       Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

     For legal services, I have agreed to accept ........................................................ $ _____

     Prior to the filing of this statement I have received ........................................... $ _____

     Balance Due ....................................................................................................... $ _____

☒ **RETAINER**

     For legal services, I have agreed to accept and received a retainer of............................ $      20,283.00

     The undersigned shall bill against the retainer at an hourly rate of................................ $      350.00
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
         In return for the above-disclosed fee, we have also agreed to render the following legal services:
         a. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.
         b. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.
         c. Advise the debtor of the requirement to attend the ? 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.
         d. Advise the debtor of the need to file any due tax returns prior to the ? 341 Meeting of Creditors. e. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.
         f. Timely prepare and file the debtor's petition, statements and schedules.
         g. Appear at the ? 341 Meeting of Creditors with the debtor. h. Prepare, file, and serve necessary amended statements and schedules, in accordance with information provided by the debtor.
         i. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.
         j. Represent the debtor in motions for relief from stay and motions to dismiss.
         k. Provide such other legal services as are necessary for the administration of the present case before the bankruptcy court.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of agreement with the debtor(s).

In re    AMBASSADOR VETERANS SERVICES OF PUERTO
RICO LLC                 Case No.
_____
                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 13, 2025 | /s/ Javier Vilarino |
| *Date* | Javier Vilarino 223503 |
| | *Signature of Attorney* |
| | Vilarino and Associates LLC |
| | PO Box 9022515 |
| | San Juan, PR 00902 |
| | (787) 565-9894   Fax: |
| | jvilarino@vilarinolaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re    AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC                     Case No.
                                                    Debtor(s)               Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Financial Executive  of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    June 13, 2025                            /s/  Timothy Sadler
                                                  Timothy Sadler/President and Chief Financial Executive
                                                  Signer/Title

Aladdin Puerto Rico Inc
PO BOX 19411
San Juan, PR 00910-4111


Alpha Biomedical & Diagnostic Corp
PO Box 670
Caguas, PR 00726-0670


AMAZON
PO Box 15123
Wilmington, DE 19850-5123


ANDA
2915 WESTON ROAD
WESTON, IL 33331


Autoridad Acueducto Alcantarillado
PO BOX 70101
San Juan, PR 00936


AxisCare Health Logistic, Inc
Pepsi Industrial Park
PR#2-Km19.5
Toa Baja, PR 00951


BMET
PO BOX 10088
PONCE, PR 00732


Cardinal Health
Box 366211
SAN JUAN, PR 00936-6211


Cardinal Health
Box 366211
SAN JUAN, PR 00936-6211


COMMONWEALTH OF PUERTO RICO
PUERTO RICO VETRANS' ADVOCATE OFFICE
Mercantil Plaza Bldg Floor 10 Suite 1001
San Juan, PR 00918-1625


Conwaste Biomedical
PO BOX 1322
GURABO, PR 00778


Corporacion Fondo Seguro Estado
PO BOX 248
BAYAMON, PR 00960-0248


Dept. del Trabajo y Recursos Humanos
PO Box 195540
SAN JUAN , PR 00919-5540

```
DEYA ELEVATOR SERVICE, INC.
PO BOX 362411
SAN JUAN, PR 00936


Ecolab
PO BOX 607086
BAYAMON, PR 00960-7086


Ellco Group
3196 AVE FD ROOSEVELT
PONCE, PR 00717


Enterprise Platinum Inc.
CARR.14 KM 7.5, P.O. 801081
COTO LAUEL, PR 00780


Fairbank, Corp.
PO BOX 191265
SAN JUAN, PR 00919-1265


Frigorifico Vallejo Inc.
PO BOX 21327
SAN JUAN , PR 00928-1327


GANTRY LLC
4270 N MERIDIAN STREET
Indianapolis, IN 46208


GR DOORS SOLUTIONS
PO Box 2008
Trujillo Alto, PR 00977


GRAINGER
c/o RVM Professional Services, LLC
A4 Reparto Mendoza
Humacao, PR 00791


Inspira Mental Health Management
PO BOX 9809
CAGUAS, PR 00726-9809


Internal Revenue Services
Departament of Treasury
Austin , TX 73301-0215


JM Depot, Inc.
PO BOX 29427
SAN JUAN, PR 00929-0427


John McGoff
6255 Sycamore Hill. RD
Indianapolis, IN 46220
```

JORGE VAZQUEZ
BO CLAUSELLS
CENTRAL NO 25
PONCE, PR 00730


JOSE SANTIAGO
PO BOX 191795
SAN JUAN, PR 00919-1795


KRYONYX
URB LOS INGENIEROS 531
CALLE JUAN A DAVILA
PONCE, PR 00730


La Electrical
PO BOX
MERCEDITA, PR 00715


LABORATORIO TOLEDO INC
LCDA. JEANNETTE TORRES MALDONADO
BO Amuelas #115 Carr 592 KM 5.6
Juana Diaz, PR 00795


Luis Garraton, Inc
PO BOX 362984
SAN JUAN, PR 00936-2984


LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
San Juan, PR 00936-4267


Medline Industries, Inc.
c/o RVM Professional Services, LLC
A4 Reparto Mendoza
HUMACAO, PR 00791


Menaco Corp.
PO BOX 70183
SAN JUAN, PR 00936-8183


MI COMPRA
606 AVE TITO CASTRO
SUITE 601
PONCE, PR 00716


Municipio de Juana Diaz
P.O. Box 1409
JUANA DIAZ, PR 00795-1409


Pac Tech International DBA Cristalia
Box 9046
CAROLINA, PR 00988


PG Law, LLC
PO BOX 194302
SAN JUAN, PR 00919-4302

PR Hospital Supply, Inc.
Call Box 158
Carolina, PR 00986-0158


PR Treasury Department
PO BOX 9024140
SAN JUAN, PR 00902-4140


PRAXAIR
PO BOX 307
GURABO, PR 00778


Protection Police, LLC
PO Box 10265
PONCE, PR 00732-0265


RICOH
PO Box 9022946
SAN JUAN , PR 00902-2946


RVNutritional LLC
PO BOX 898
CAGUAS, PR 00726-0898


Smith & Nephew
PO BOX 191952
SAN JUAN, PR 00919-1952


Specialty Training Group Inc.
PO BOX 748
KM 109.3
VILLALBA, PR 00766


TARGET RENT A CAR
PO BOX 11361
SAN JUAN, PR 00922-1361


TIM SADLER
4270 North Meridian Street
Indianapolis, IN 46208


TORO COLON MULLET P.S.C.
PO BOX 195383
SAN JUAN, PR 00919-5383


Triple S
PO BOX 363628
SAN JUAN , PR 00936-3628


Unicare
PO BOX 8504
MASON , OH 45040-7111

```
Variety Snacks
ALTS DE COVADONGA 4B15
Calle Julia de Burgos
TOA BAJA, PR 00961
```

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

Case No.

Debtor(s)

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 13, 2025

Date

/s/ Javier Vilarino

Javier Vilarino 223503

Signature of Attorney or Litigant
Counsel for   AMBASSADOR VETERANS SERVICES OF PUERTO RICO LLC

Vilarino and Associates LLC
PO Box 9022515
San Juan, PR 00902
(787) 565-9894  Fax:
jvilarino@vilarinolaw.com